**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SANDRA EKPENYONG,

       Plaintiff,

v.                                   Case No:   6:24-cv-890-WWB-LHP

XULON PRESS, INC., SALEM MEDIA
GROUP, INC., STUART W.
EPPERSON, THOMAS M. FREILING,
CHRIS HILL, CHANDRA D.
THOMAS, JOSE MEDINA and
TRACY K. SULLIVAN,

       Defendants

---

**ORDER TO SHOW CAUSE**

      This cause comes before the Court on review of the file.   Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff— must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

      Plaintiff, appearing *pro se*, instituted this matter by complaint filed on May 10, 2024.  Doc. No. 1.  More than ninety (90) days have passed since the filing of Plaintiff's complaint, but Plaintiff has not filed proof of service on any of the

Defendants. Accordingly, it is **ORDERED** that on or before **August 26, 2024**, Plaintiff shall show cause in writing why this matter should not be dismissed for failure to timely effect service. Fed. R. Civ. P. 4(m).

**DONE** and **ORDERED** in Orlando, Florida on August 12, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties